# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Francis Lee** <br>       Debtor(s) | **CHAPTER 13** |
| **US BANK TRUST NATIONAL ASSOCIATION,** Not In It's Capacity, But Solely As Trustee of LSF9 Master Participation Trust <br>       Movant | **NO.** 22-13259 AMC |
| **vs.** | |
| **Francis Lee** <br>       Respondent(s) | |
| **Scott F. Waterman** <br>       Trustee | |

## **ORDER**

Upon consideration of the Objection to Confirmation of the Chapter 13 Plan filed by US BANK TRUST NATIONAL ASSOCIATION, Not In It's Capacity, But Solely As Trustee of LSF9 Master Participation Trust, it is **Ordered** and **Decreed** that confirmation is **denied**.

                       _____
                       Bankruptcy Judge