**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Francis Lee     CHAPTER

Debtor(s)

BKY. NO. 22-13259 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

Kindly enter my appearance on behalf of US BANK TRUST NATIONAL ASSOCIATION, Not In It's Capacity, But Solely As Trustee of LSF9 Master Participation Trust and index same on the master mailing list.

Respectfully submitted,

/s/ Michael Farrington
Michael Farrington
07 Feb 2023, 12:37:06, EST

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322

Document ID: dbdff0faf93e1b48bdbe03342e423a7d678ab98f593f32cfb091f2d87a8004fb