UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                                          Chapter 13
        Francis Lee                                             Bankruptcy No.22-13259-AMC


                        Debtor

## CERTIFICATE OF SERVICE

I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection*

*of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case

has been served this 2nd day of March, 2023, by first class mail upon those listed below:


Francis Lee
2671 Elbridge Street
Philadelphia, PA  19149

**Electronically via CM/ECF System Only:**

DAVID M OFFEN ESQUIRE
7614 ALGON AVENUE
PHILADELPHIA, PA  19111-3320


                                        /s/ *Kristen Gliem*
                                        Kristen Gliem
                                        for
                                        Scott F. Waterman, Esquire
                                        Standing Chapter 13 Trustee