# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Francis Lee<br>　　　　　　　　Debtor(s)<br><br>US BANK TRUST NATIONAL ASSOCIATION, Not In It's Capacity, But Solely As Trustee of LSF9 Master Participation Trust, its successors and/or assigns<br>　　　　　　　　Movant<br>　vs.<br><br>Francis Lee<br>　　　　　　　　Debtor(s)<br><br>Scott F. Waterman<br>　　　　　　　　Trustee | CHAPTER<br><br><br><br>NO. 22-13259 AMC |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of US BANK TRUST NATIONAL ASSOCIATION, Not In It's Capacity, But Solely As Trustee of LSF9 Master Participation Trust, which was filed with the Court on or about **February 8, 2023**.

Dated: April 27, 2023

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Mark A. Cronin
　　　　　　　　　　　　　　　　　　　　Mark A. Cronin, Esq.
　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　　　　Phone: (215)-627-1322
　　　　　　　　　　　　　　　　　　　　mcronin@kmllawgroup.com