United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                          Case No. 22-13259-amc

Francis Lee                                                                                   Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                          User: admin                                   Page 1 of 3

Date Rcvd: Jun 15, 2023                       Form ID: 155                                  Total Noticed: 20

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 17, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Francis Lee, 2671 Elbridge Street, Philadelphia, PA 19149-2910 |
| 14756137 | + | US Bank Trust National Assoc, C/O Michael Farrington, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14765452 | | Email/Text: megan.harper@phila.gov | Jun 16 2023 00:52:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14740434 | | Email/Text: megan.harper@phila.gov | Jun 16 2023 00:52:00 | City of Philadelphia - Law Dept., One Parkway Bldg., 1515 Arch Street, 14th Fl, Philadelphia, PA 19107 |
| 14740435 | | Email/Text: megan.harper@phila.gov | Jun 16 2023 00:52:00 | City of Philadelphia, Law Department, Tax Unit, BANKRUPTCY GROUP - MSB, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102 |
| 14740433 | + | Email/Text: bankruptcy@cavps.com | Jun 16 2023 00:52:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive Suite 400, Valhalla, NY 10595-2321 |
| 14741178 | + | Email/Text: bankruptcy@cavps.com | Jun 16 2023 00:52:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 14740436 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Jun 16 2023 00:52:00 | LSF9 Master Participation Trust, Attn: Cash Operations, Po Box 24330, Oklahoma City, OK 73124-0330 |
| 14740437 | | Email/Text: amps@manleydeas.com | Jun 16 2023 00:51:00 | Manley Deas Kochalski LLC, PO Box 165028, Columbus, OH 43216 |
| 14742741 | | Email/Text: BankruptcyECFMail@mccalla.com | Jun 16 2023 00:52:00 | U.S. Bank Trust National Association,, c/o MCCALLA RAYMER LEIBERT PIERCE, LLC, Bankruptcy Department, 1544 Old Alabama Rd, Roswell, GA 30076 |
| 14742185 | | Email/Text: BankruptcyECFMail@mccalla.com | Jun 16 2023 00:52:00 | U.S. Bank Trust National Association, not in its, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| 14740438 | + | Email/Text: Bankruptcies@nragroup.com | Jun 16 2023 00:52:00 | National Recovery Agency, Attn: Bankruptcy, Po Box 67015, Harrisburg, PA 17106-7015 |
| 14740605 | + | Email/PDF: rmscedi@recoverycorp.com | Jun 16 2023 01:08:01 | Orion, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14740439 | + | Email/PDF: rmscedi@recoverycorp.com | Jun 16 2023 01:08:27 | Orion Portfolio Services LLC, c/o PRA Receivables Management, LLC, PO Box 41021, |

|  |  |  | Norfolk, VA 23541-1021 |
|---|---|---|---|
| 14740440 | ^ MEBN | | |
| | | Jun 16 2023 00:47:44 | PGW, Credit and Collections Department, 800 W. Montgomery Avenue, 3rd Floor, Philadelphia, PA 19122-2806 |
| 14740441 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Jun 16 2023 00:56:57 | Portfolio Recovery Associates, P.O. Box 41067, Norfolk, VA 23541 |
| 14740941 | Email/Text: RVSVCBICNOTICE1@state.pa.us | | |
| | | Jun 16 2023 00:52:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14740443 | + Email/Text: enotifications@santanderconsumerusa.com | | |
| | | Jun 16 2023 00:52:00 | Santander Consumer USA, P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 14755576 | ^ MEBN | | |
| | | Jun 16 2023 00:47:47 | U.S. Bank Trust National Association, et al., Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 14755692 | ^ MEBN | | |
| | | Jun 16 2023 00:47:54 | US BANK TRUST NATIONAL ASSOCIATION, as Trustee, C/O KML Law Group PC, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 18

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14740442 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2023          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 15, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | |
| | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as Trustee of LSF9 Master Participation Trust bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| DAVID M. OFFEN | |
| | on behalf of Debtor Francis Lee dmo160west@gmail.com  davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| MARK A. CRONIN | |
| | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as Trustee of LSF9 Master Participation Trust bkgroup@kmllawgroup.com |
| MICHAEL PATRICK FARRINGTON | |
| | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as Trustee of LSF9 Master Participation Trust mfarrington@kmllawgroup.com |

SCOTT F. WATERMAN [Chapter 13]
          ECFMail@ReadingCh13.com

United States Trustee
          USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Francis Lee

Debtor(s)                                      Chapter: 13

                                               Bankruptcy No: 22−13259−amc

_____

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

AND NOW, this June 14, 2023 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.


                                   Ashely M. Chan
                                   Judge, United States Bankruptcy Court