| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
**Chapter 13 Case No. 22-13259-AMC**

| | |
|---|---|
| Francis Lee | Petition Filed Date: 12/05/2022 |
| 2671 Elbridge Street | 341 Hearing Date: 01/13/2023 |
| Philadelphia  PA    19149 | Confirmation Date: 06/14/2023 |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/30/2023 | $250.00 | 28382824530 | 01/30/2023 | $1,000.00 | 28382824528 | 03/07/2023 | $625.00 | 28477547076 |
| 03/07/2023 | $625.00 | 28477547087 | 03/21/2023 | $625.00 | 27192 | 04/04/2023 | $625.00 | 27207 |
| 04/18/2023 | $625.00 | 27227 | 05/02/2023 | $625.00 | 27242 | 05/16/2023 | $625.00 | 27254 |
| 05/31/2023 | $625.00 | 27272 | 06/13/2023 | $625.00 | 27283 | 06/27/2023 | $625.00 | 27297 |
| 07/11/2023 | $625.00 | 27314 | 07/27/2023 | $625.00 | 27323 | | | |

**Total Receipts for the Period:  $8,750.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $9,375.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | DAVID M OFFEN ESQUIRE | Attorney Fees | $4,688.00 | $4,688.00 | $0.00 |
| 1 | PA DEPARTMENT OF REVENUE<br>»» 01P | Priority Crediors | $1,533.70 | $1,533.70 | $0.00 |
| 2 | PA DEPARTMENT OF REVENUE<br>»» 01U | Unsecured Creditors | $47.06 | $0.00 | $47.06 |
| 3 | CAVALRY SPV INVESTMENTS LLC<br>»» 002 | Unsecured Creditors | $3,309.15 | $0.00 | $3,309.15 |
| 4 | SANTANDER CONSUMER USA<br>»» 003 | Secured Creditors | $3,029.67 | $116.31 | $2,913.36 |
| 5 | FAY SERVICING LLC<br>»» 004 | Secured Creditors | $27,422.29 | $1,052.71 | $26,369.58 |
| 6 | CITY OF PHILADELPHIA (LD)<br>»» 005 | Secured Creditors | $261.79 | $0.00 | $261.79 |
| 7 | CITY OF PHILADELPHIA (LD)<br>»» 006 | Secured Creditors | $631.28 | $24.23 | $607.05 |

**Chapter 13 Case No. 22-13259-AMC**

| SUMMARY |
|---|

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $9,375.00 | Current Monthly Payment: | $1,250.00 |
| Paid to Claims: | $7,414.95 | Arrearages: | ($1,250.00) |
| Paid to Trustee: | $812.50 | Total Plan Base: | $45,625.00 |
| Funds on Hand: | $1,147.55 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/
   for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.