IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          : Chapter 13

Francis Lee                                     : Case No. 22-13259-AMC
xxx-xx-9615

    Debtor

ORDER DIRECTING EMPLOYER TO MAKE WAGE DEDUCTION
FOR REMITTANCE TO STANDING TRUSTEE

TO THE DEBTOR'S EMPLOYER:

The future earnings of the above named Debtor are subject to the continuing supervision and control of the Court for the purpose of enforcing and carrying out the Debtor's plan.

IT IS THEREFORE ORDERED that the Employer of the Debtor shall deduct from the wages of the Debtor, beginning with the next pay period after receipt of the Order the sum of

<u>$625.00 EVERY TWO WEEKS.</u>

The Employer shall continue these deductions until further Order of this Court and shall remit all monies withheld from the Debtor's wages at least monthly, or more frequently to the Standing Trustee whose name and address appear below.

Any prior wages orders are hereby terminated.

                                                      HONORABLE ASHELY M. CHAN
           DATED:                             UNITED STATES BANKRUPTCY JUDGE

<u>Make checks payable to:</u>            David M. Offen Esquire
Scott F. Waterman, Trustee       The Curtis Center
P.O. Box 680                         601 Walnut Street, Suite 160 West
Memphis, TN 38101-0680          Philadelphia, PA 19106
                                          (215) 625-9600

Payroll Controller
Roosevelt Rehabilitation &
Healthcare Center
7800 Bustleton Avenue
Philadelphia, PA 19152