```
              IN THE UNITED STATES BANKRUPTCY COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA


   IN RE:                            : Chapter 13

   Francis Lee                       : Case No. 22-13259-AMC
   xxx-xx-9615

       Debtor


           ORDER DIRECTING EMPLOYER TO MAKE WAGE DEDUCTION
                FOR REMITTANCE TO STANDING TRUSTEE

TO THE DEBTOR'S EMPLOYER:

     The future earnings of the above named Debtor are subject to the
continuing supervision and control of the Court for the purpose of
enforcing and carrying out the Debtor's plan.

     IT IS THEREFORE ORDERED that the Employer of the Debtor shall
deduct from the wages of the Debtor, beginning with the next pay
period after receipt of the Order the sum of

                    $625.00 EVERY TWO WEEKS.

     The Employer shall continue these deductions until further Order
of this Court and shall remit all monies withheld from the Debtor's
wages at least monthly, or more frequently to the Standing Trustee whose
name and address appear below.

     Any prior wages orders are hereby terminated.


                                    _____
                                    HONORABLE ASHELY M. CHAN
      DATED: Feb. 27, 2024          UNITED STATES BANKRUPTCY JUDGE


Make checks payable to:          David M. Offen Esquire
Scott F. Waterman, Trustee       The Curtis Center
P.O. Box 680                     601 Walnut Street, Suite 160 West
Memphis, TN 38101-0680           Philadelphia, PA 19106
                                 (215) 625-9600

Payroll Controller
Roosevelt Rehabilitation &
Healthcare Center
7800 Bustleton Avenue
Philadelphia, PA 19152
```