| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 22-13259-AMC**

| | |
|---|---|
| Francis Lee | Petition Filed Date: 12/05/2022 |
| 2671 Elbridge Street | 341 Hearing Date: 01/13/2023 |
| Philadelphia  PA   19149 | Confirmation Date: 06/14/2023 |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/08/2023 | $625.00 | 27329 | 08/23/2023 | $625.00 | 27348 | 09/06/2023 | $625.00 | 27364 |
| 09/20/2023 | $625.00 | 27382 | 10/10/2023 | $625.00 | 27395 | 10/18/2023 | $625.00 | 27410 |
| 10/31/2023 | $625.00 | 27421 | 11/15/2023 | $625.00 | 27430 | 12/04/2023 | $625.00 | 27442 |
| 12/13/2023 | $625.00 | 27452 | 01/09/2024 | $625.00 | 27467 | 01/11/2024 | $625.00 | 27474 |
| 03/07/2024 | $195.84 | 1245950 | 03/27/2024 | $625.00 | 1269625 | 03/28/2024 | $486.99 | 1260257 |
| 04/04/2024 | $488.29 | 1274935 | 04/18/2024 | $427.19 | 1289493 | 05/03/2024 | $416.14 | 1303758 |
| 05/20/2024 | $473.52 | 1318659 | 05/31/2024 | $410.14 | 1333166 | 06/14/2024 | $423.14 | 1347667 |
| 06/28/2024 | $458.72 | 1364878 | 07/10/2024 | $473.52 | 1380331 | 07/25/2024 | $538.94 | 1394065 |

**Total Receipts for the Period: $12,917.43   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $23,110.50**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | DAVID M OFFEN ESQUIRE | Attorney Fees | $4,688.00 | $4,688.00 | $0.00 |
| 1 | PA DEPARTMENT OF REVENUE »» 01P | Priority Crediors | $1,533.70 | $1,533.70 | $0.00 |
| 2 | PA DEPARTMENT OF REVENUE »» 01U | Unsecured Creditors | $47.06 | $0.00 | $47.06 |
| 3 | CAVALRY SPV INVESTMENTS LLC »» 002 | Unsecured Creditors | $3,309.15 | $0.00 | $3,309.15 |
| 4 | SANTANDER CONSUMER USA INC »» 003 | Secured Creditors | $3,029.67 | $1,381.47 | $1,648.20 |
| 5 | FAY SERVICING LLC »» 004 | Secured Creditors | $27,422.29 | $12,503.86 | $14,918.43 |
| 6 | CITY OF PHILADELPHIA (LD) »» 005 | Secured Creditors | $261.79 | $108.07 | $153.72 |
| 7 | CITY OF PHILADELPHIA (LD) »» 006 | Secured Creditors | $631.28 | $287.86 | $343.42 |

**Chapter 13 Case No. 22-13259-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $23,110.50 | Current Monthly Payment: | $1,250.00 |
| Paid to Claims: | $20,502.96 | Arrearages: | $14.50 |
| Paid to Trustee: | $2,167.24 | Total Plan Base: | $45,625.00 |
| Funds on Hand: | $440.30 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.