| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
### Chapter 13 Case No. 22-13259-AMC

Francis Lee  
2671 Elbridge Street  
Philadelphia  PA    19149

Petition Filed Date: 12/05/2022  
341 Hearing Date: 01/13/2023  
Confirmation Date: 06/14/2023

Case Status: Dismissed After Confirmation on 8/ 7/2025

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/07/2024 | $966.42 | 1409720 | 08/21/2024 | $476.65 | 1425209 | 09/05/2024 | $480.68 | 1440608 |
| 09/19/2024 | $548.56 | 1455250 | 10/02/2024 | $427.70 | 1470244 | 10/17/2024 | $200.19 | 1485106 |
| 10/30/2024 | $468.54 | 1499858 | 11/13/2024 | $625.00 | 1514486 | 12/03/2024 | $467.21 | 1529586 |
| 12/12/2024 | $289.91 | 1544357 | 01/02/2025 | $375.67 | 1559498 | 01/10/2025 | $551.63 | 1573795 |
| 01/23/2025 | $445.40 | 1587512 | 02/05/2025 | $625.00 | 1601231 | 02/24/2025 | $391.82 | 1615390 |
| 03/05/2025 | $431.03 | 1629494 | 03/21/2025 | $439.78 | 1643599 | 04/02/2025 | $331.94 | 1657632 |
| 04/16/2025 | $251.02 | 1667544 | 04/30/2025 | $421.23 | 1685425 | 05/15/2025 | $483.88 | 1699544 |
| 06/02/2025 | $443.11 | 1713709 | 06/11/2025 | $548.90 | 1727630 | 06/25/2025 | $472.64 | 1744368 |
| 07/09/2025 | $439.84 | 1758625 | 07/23/2025 | $527.90 | 1772929 | | | |

**Total Receipts for the Period:  $12,131.65    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $34,783.40**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | DAVID M OFFEN ESQUIRE | Attorney Fees | $4,688.00 | $4,688.00 | $0.00 |
| 1 | PA DEPARTMENT OF REVENUE »» 01P | Priority Crediors | $1,533.70 | $1,533.70 | $0.00 |
| 2 | PA DEPARTMENT OF REVENUE »» 01U | Unsecured Creditors | $47.06 | $0.00 | $47.06 |
| 3 | CAVALRY SPV INVESTMENTS LLC »» 002 | Unsecured Creditors | $3,309.15 | $0.00 | $3,309.15 |
| 4 | SANTANDER CONSUMER USA INC »» 003 | Secured Creditors | $3,029.67 | $2,327.10 | $702.57 |
| 5 | FAY SERVICING LLC »» 004 | Secured Creditors | $27,422.29 | $21,063.14 | $6,359.15 |
| 6 | CITY OF PHILADELPHIA (LD) »» 005 | Secured Creditors | $261.79 | $201.07 | $60.72 |
| 7 | CITY OF PHILADELPHIA (LD) »» 006 | Secured Creditors | $631.28 | $484.90 | $146.38 |
| 8 | NATIONAL RECOVERY AGENCY | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | ORION PORTFOLIO SERVICES LLC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | PHILADELPHIA GAS WORKS | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES LLC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES LLC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 22-13259-AMC**

### SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $34,783.40 | Current Monthly Payment: | $1,250.00 |
| Paid to Claims: | $30,297.91 | Arrearages: | $0.00 |
| Paid to Trustee: | $3,056.43 | Total Plan Base: | $45,625.00 |
| Funds on Hand: | $1,429.06 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.